**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSEPH ARLO ARMSTRONG-COLLINS,<br>Defendant. | Case No. 2:22-cr-00095-JAD-BNW<br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for October 26, 2026 at 10:00 a.m., be vacated and continued to December 14, 2026, at the hour of 10:00 a.m.

DATED this 26th day of August, 2026.

UNITED STATES DISTRICT JUDGE